# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES BROWN, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 17-187-CG-M |
| KENNETH PETERS, et al., | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action is **Dismissed without prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure due to Plaintiff's failure to prosecute and to obey the Court's order, as no other lesser sanction will suffice.

**DONE and ORDERED** this 6th day of April, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE